**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-16-00152-CV**

_____


**IN THE GUARDIANSHIP AND ESTATE OF DARLENE ANN LAFLEUR HOFFPAUIR**

---

**On Appeal from the County Court At Law**
**Orange County, Texas**
**Trial Cause No. P16978**

---

**ORDER**

The record was due to be filed on June 3, 2016, but has not been filed. The appellant, Darlene Ann Lafleur Hoffpauir, suggested that she has not made payment arrangements for the record because she does not have control over her estate. No party filed an objection to our suggestion that the trial court should determine whether costs should be paid out of the estate.

1

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for a determination of whether the cost of the record and any other cost or expense related to the appeal should be paid out of the estate. *See generally* Tex. Est. Code Ann. § 1155.151 (West Supp. 2015). A supplemental clerk's record containing any orders signed by the trial court and any documents filed with the trial court in connection with the matter, together with a reporter's record of any hearing conducted pursuant to this Order, shall be filed with the Court of Appeals by September 19, 2016.

ORDER ENTERED August 18, 2016.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.